2010-63190
FILED
March 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003351616

1 | WILLIAM D. OLCOTT (SB#134125)
LAW OFFICE OF WILLIAM D. OLCOTT
2 | 1401-19 St. Suite 100
BAKERSFIELD, CALIFORNIA 93301
3 | (661) 322-1733

4 | Attorney for Debtor(s)

5

6 | UNITED STATES BANKRUPTCY COURT

7 | EASTERN DISTRICT OF CALIFORNIA

8 | In re:
          ) Case No.: 10-63190-B-3
          ) ORDER CONFIRMING CHAPTER 13
TERRY WAYNE STEADMAN  ) PLAN
9 | DENISE RUTH STEADMAN  )
          )
10           )
          )
11 | _____

12

13 |     The Chapter 13 plan of the above-named debtors has been

14 | transmitted to all creditors, and it has been determined after

15 | notice and opportunity for a hearing that the debtors' plan

16 | satisfies the requirements of 11 U.S.C. Section 1325.

17 |     Therefore, IT IS ORDERED that the plan is confirmed.

18 |     IT IS FURTHER ORDERED that:

19 |     1.   The debtors shall immediately notify, in writing, the

20 | Clerk of the United States Bankruptcy Court and the trustee of

21 | any change in the debtors' address;

22 |     2.   The debtors shall immediately notify the trustee in

23 | writing of any terminated, reduction of, or other change in the

24 | employment of the debtors; and

25 |     3.   The debtors shall appear in court whenever notified to

do so by the court.

RECEIVED
March 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003351616

1    IT IS FURTHER ORDERED that the attorney's fees for the

2  Debtor's attorney in the full amount of $3,500.00, are approved,

3  $2,000.00 of which was paid prior to the filing of the petition.

4  The balance of $1,500.00 provided that the attorney and debtors

5  have executed and filed a Rights and Responsibilities of chapter

6  13 Debtor and their Attorney, shall be paid by the trustee from

7  plan payments at the rate specified in the Guidelines of Payment

8  of Attorneys' Fees in Chapter 13 cases. Section 7.02 of Debtors'

9  plan is hereby ordered deleted.

10

11  DATED JANUARY    ,2011

12

13  _Deanna Hazelton_

14  Approved by the Chapter 13
    Trustee as to form

15

16  Dated: March 18, 2011

17

18  _W. Richard Lee_

19  W. Richard Lee
    United States Bankruptcy Judge

20

21

22

23

24

25

-2-