0063-1M-EPIEXX-00124151-420643

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re: TERRY WAYNE STEADMAN  
DENISE RUTH STEADMAN  
Debtor(s)

Case No.: 10-63190-B-13K

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2010.
2) The plan was confirmed on 03/18/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 10/17/2014.
6) Number of months from filing or conversion to last payment: 47.
7) Number of months case was pending: 49.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 320,163.21.
10) Amount of unsecured claims discharged without full payment: 7,706.76.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $74,965.00 |
| Less amount refunded to debtor: | $419.37 |
| **NET RECEIPTS:** | **$74,545.63** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,108.93 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,608.93** |
| Attorney fees paid and disclosed by debtor: | $2,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP | Unsecured | 336.43 | 168.64 | 168.64 | 168.64 | .00 |
| BAC HOME LOANS SERVICING | Secured | 269,000.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 14,239.39 | 14,796.41 | 14,796.41 | 14,796.41 | .00 |
| CARE CREDIT GE MONEY BANK | Unsecured | 4,815.08 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | Unsecured | 1,356.86 | 1,535.98 | 1,535.98 | 1,535.98 | .00 |
| CHASE BANK USA NA | Unsecured | 3,126.29 | 3,126.29 | 3,126.29 | 3,126.29 | .00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 1,838.94 | 1,922.83 | 1,922.83 | 1,922.83 | .00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,221.25 | 3,221.25 | 3,221.25 | 3,221.25 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 1,500.82 | 1,500.82 | 1,500.82 | .00 |
| ECAST SETTLEMENT CORPORATION | Secured | NA | 2,703.33 | 1,890.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | NA | 813.33 | 813.33 | 813.33 | .00 |
| GE MONEY BANK | Other | NA | .00 | .00 | .00 | .00 |
| GE MONEY BANK | Unsecured | 672.49 | 646.42 | 646.42 | 646.42 | .00 |
| HSBC | Unsecured | 2,891.68 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0063-1M-EPIEXX-00124151-420643

Case 10-63190    Filed 01/05/15    Doc 38

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: TERRY WAYNE STEADMAN  
DENISE RUTH STEADMAN  
Debtor(s)

Case No.: 10-63190-B-13K

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HSBC BANK NEVADA NA | Unsecured | 1,021.73 | 1,009.33 | 1,009.33 | 1,009.33 | .00 |
| HSBC RETAIL CREDIT USA INC | Other | NA | .00 | .00 | .00 | .00 |
| INSOLVE RECOVERY LLC | Secured | NA | 1,730.00 | 1,730.00 | .00 | .00 |
| INSOLVE RECOVERY LLC | Unsecured | 2,561.53 | 2,561.53 | 831.53 | 831.53 | .00 |
| MCCARTHY & HOLTHUS LLP | Other | NA | .00 | .00 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 17,228.29 | 15,727.47 | 15,727.47 | 15,727.47 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 659.27 | 690.23 | 690.23 | 690.23 | .00 |
| SAFE 1 CREDIT UNION | Secured | 36,000.00 | 29,455.70 | 29,455.70 | .00 | .00 |
| SAFE 1 CREDIT UNION | Secured | 24,000.00 | 17,493.83 | 17,493.83 | 17,493.83 | 2,432.28 |
| TARGET NATIONAL BANK | Unsecured | 959.72 | 1,248.46 | 1,248.46 | 1,248.46 | .00 |
| TARGET NATIONAL BANK | Unsecured | NA | 201.06 | 201.06 | 201.06 | .00 |
| TD BANK USA NA | Unsecured | 2,847.66 | 2,570.54 | 2,570.54 | 2,570.54 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 46,949.53 | 17,493.83 | 2,432.28 |
| All Other Secured: | 3,620.00 | .00 | .00 |
| **TOTAL SECURED:** | 50,569.53 | 17,493.83 | 2,432.28 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 50,010.59 | 50,010.59 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,608.93 |
| Disbursements to Creditors: | $69,936.70 |
| **TOTAL DISBURSEMENTS:** | $74,545.63 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/31/2014    By: /s/Michael H. Meyer  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.